|   |   |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA SEIFERT,<br><br>        Plaintiff,<br><br>    v.<br><br>KENNETH PRITCHARD, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-01097-KES-CDB<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO DEEM PRIOR MOTION TIMELY FILED<br><br>(Doc. 22) |

Plaintiff Alexandra Seifert, proceeding pro se and *in forma pauperis*, initiated this action with the filing of a complaint on September 16, 2024. (Doc. 1).

On March 7, 2025, the undersigned vacated the prior findings and recommendations and reissued findings and recommendations to dismiss the complaint with prejudice. (Doc. 19). Plaintiff had 21 days within which to file any objections. (*Id.* at 11-12). On April 3, 2025, Plaintiff filed a motion for extension of time until May 21, 2025, to file her objections and for leave to exceed the applicable 15-page limit. (Doc. 20). On April 7, 2025, the Court granted in part Plaintiff's motion, extending the date by which Plaintiff must file her objections to April 21, 2025, and denied Plaintiff's request to exceed the applicable page limit. (Doc. 21).

Pending before the Court is Plaintiff's motion to deem Plaintiff's prior motion for extension of time as timely. (Doc. 22). Plaintiff provides that postal delays resulted in the delayed filing of her motion for extension of time. (*See id.*). As the Court has already addressed

Plaintiff's motion for extension of time (Doc. 20), and granted it in part, the pending motion is thereby rendered moot.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to deem timely her prior motion for extension of time (Doc. 22) is DENIED as moot.

IT IS SO ORDERED.

Dated: **April 15, 2025**

UNITED STATES MAGISTRATE JUDGE

2